RLP

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
INFORMAL BRIEF

No. 23-1027,      Ronald Emrit v. Secretary of the Navy
8:22-cv-03146-PJM

8:22cv3146

### 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _____

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _Ronald Patrick Emrit_     Date: _January 13th, 2023_

[*Note to inmate filers*: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

### 2. Jurisdiction

Name of court or agency from which review is sought: _U.S. District Court of Maryland_

Date(s) of order or orders for which review is sought: _Please look up in PACER_

### 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

Issue 1. _Emmett Till Anti-Lynching Act_

8:22cv3146

RECEIVED
2023 JAN 19 PM 2:08
U.S. COURT
FOURTH CIRCUIT

Emmett Till Anti-lynching Act

**Supporting Facts and Argument.** The appellant argues that the appellee has violated the Emmett Till Anti-Lynching Act by racially-profiling the appellant as Arabic/Muslim when the appellant has proven beyond a reasonable doubt and/or a preponderance of the evidence that he is an African-American related to the Captain of the Battle of Gettysburg. He was appointed by Rutherford B. Hayes.

Issue 2. Matthew Shepard & James Byrd Hate Crimes Prevention Act

**Supporting Facts and Argument.** The appellant is related to Clarence Smith, who has his own holiday on May 5th (Cinco de Mayo) in Lumberton, North Carolina by proclamation on or around 2002 by the former Lumberton mayor Raymond Pennington. The appellant is also related to William Benjamin who started the first black opera in Washington, D.C.. Wesley Brown attended plaintiff's party.

Issue 3. George Floyd Policing Act

**Supporting Facts and Argument.** The appellant argues that he is part of a suspect classification of discrete and insular minorities which have experienced invidious discrimination within the context of American jurisprudence and therefore a strict scrutiny analysis applies to the constitutionality of black-letter law although the recently-enacted George Floyd Policing Act is constitutional.

Issue 4. Title VII of Civil Rights Act of 1964

**Supporting Facts and Argument** The appellant argues that the appellee has violated Title VII of Civil Rights Act of 1964 by racially-profiling the appellant as Arabic/Muslim when the appellant has proven beyond a reasonable doubt and by a preponderance of the evidence that he is an African-American related to the black Captain of the Battle of Gettysburg, i.e. a runaway slave from Fauquier County, Virginia.

**4. Relief Requested**
Identify the precise action you want the Court of Appeals to take: The appellant is looking for an injunction in the form of a cease-and-desist order whereby the appellee must be precluded and/or enjoined from racially profiling the appellant as Arabic/Muslim when he has proven beyond a reasonable doubt and by a preponderance of the evidence that he is an African-American related to Captain of Battle of Gettysburg.

**5. Prior appeals (for appellants only)**
A. Have you filed other cases in this court? Yes [X] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

1.) Emrit v. NFL
2.) Emrit v. Bank of America
3.) Emrit v. Reverb Nation
4.) Emrit v. CIA
5.) Emrit v. NSA
6.) Emrit v. ACN
(there are more)

_____
Signature
[Notarization Not Required]

Ronald Satish Emrit
_____
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
**********************

I certify that on _____ I served a copy of this Informal Brief on all parties, addressed as shown below:

_____ N/A - no service of process in lower courts and no paperwork sent out
Signature

NO STAPLES, TAPE OR BINDING PLEASE

no service to appellee because appellant is indigent without resources



**HOUSING COMMISSION OF ANNE ARUNDEL COUNTY**
7485 BALTIMORE-ANNAPOLIS BLVD.
GLEN BURNIE, MD 21061
(410)222-6200 ♦ FAX (410)222-6809 ♦ TDD-MDRELAY711

Ronald Emrit
6655 38th Ln E
Sarasota, FL 34243-7962

T3 P1   1214

**SUBJECT: SAVE MY SPOT for Waiting List Applicants**

Dear Ronald Emrit,

The Housing Commission of Anne Arundel County is currently updating all waiting lists and removing individuals no longer interested in the program. This address has been provided to the Housing Commission as a method of contact for an active waiting list applicant. This letter serves as official notice that the addressee **MUST** register for an account on our online website and complete the Save My Spot process by 12/22/2022. **FAILURE TO REGISTER ONLINE AND COMPLETE THE SAVE MY SPOT PROCESS WILL RESULT IN THE APPLICANT BEING WITHDRAWN FROM ALL OF THEIR CURRENT WAITING LISTS.**

After you register for the online account click on the 'Save My Spot' tile and follow the online instructions. This will allow you to continue to retain a position on the waiting list(s).

To register, go to https://myaccount.hcaac.com, click "Applicant Login" near the top of the page and click "Register Now" then click "I have a registration code".

Use the registration code shown below:

- Applicant Portal Website: https://myaccount.hcaac.com
- Registration Code: 13654-T258641

Questions may be directed to apply@hcaac.org or (410) 222-6205

Satish Emit
6655 38th Lane East
Sarasota, Florida 34243

Attn: Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, 5th Floor
Richmond, Virginia 23219

RECEIVED
U.S. MARSHALS

TAMPA FL 335
14 JAN 2023 PM